UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| VALENTIN A. CORRALES,<br><br>　　　　　　　　　　Petitioner,<br>v.<br><br>JOHN HENLEY, *et al.*,<br><br>　　　　　　　　　　Respondents. | Case No. 3:24-cv-00071-MMD-CLB<br><br>ORDER |

　　　　Petitioner has filed an application to proceed *in forma pauperis* with an attached petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. (ECF No. 1.) The Court finds that petitioner can pay the full filing fee of $5.00.

　　　　It is therefore ordered that the application to proceed *in forma pauperis* (ECF No. 1) is denied. Petitioner has 30 days from the date that this order is entered to have the filing fee of $5.00 sent to the Clerk of Court. Failure to comply will result in the dismissal of this action.

　　　　The Clerk of Court is directed to send Petitioner two copies of this order. Petitioner is ordered to make the necessary arrangements to have one copy of this order attached to the check paying the filing fee.

　　　　DATED THIS 15th Day of February 2024.

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　MIRANDA M. DU
　　　　　　　　　　　　　　　　　　　　　CHIEF UNITED STATES DISTRICT JUDGE